IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD BURNS                    :        CIVIL ACTION
                                :
        v.                      :
                                :        NO. 11-7917
TABE BICKELL, et al.            :

**ORDER**

BERLE M. SCHILLER, J.,

FILED

JUN - 4 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

        AND NOW, this ___ day of _____ , 2012, upon careful and

independent consideration of the petition for writ of habeas corpus, and after review of the

& objections thereto

Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED

that:

        1.  The Report and Recommendation is APPROVED and ADOPTED.

        2. The petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE; and

        3. There is no basis for the issuance of a certificate of appealability.

                BY THE COURT:


                _____
                BERLE M. SCHILLER, J.