IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD BURNS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-7917 |
| TABE BICKELL, et al. | | |

**ORDER**

FILED
JUN - 4 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BERLE M. SCHILLER, J.,

AND NOW, this 4 day of JUNE, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, & objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.